MICHAEL K. BRISBIN (SBN:169495)
Email: michael.brisbin@wilsonelser.com
LISA SILVA PASSALACQUA (SBN:161990)
Email: lisa.passalacqua@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Telephone:  (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Plaintiff
**AMERICAN GENERAL LIFE INSURANCE COMPANY**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| AMERICAN GENERAL LIFE INSURANCE COMPANY, | Case No.  2:14-cv-02617-JAM-CKD |
|---|---|
| Plaintiff, | **ORDER ON PLAINTIFF AMERICAN GENERAL LIFE INSURANCE COMPANY'S REQUEST FOR VOLUNTARY DISMISSAL OF ITS COMPLAINT WITH PREJUDICE FILED AGAINST DEFENDANT GREGORY F. HURST** |
| vs. | |
| GREGORY F. HURST, | |
| Defendant. | |
| | **FRCP Rule 41(a)(2)** |

The Court having considered Plaintiff American General Life Insurance Company's request, finds that good cause appears for its request because:

(1)   No Defendant has answered the Complaint'

(2)   Defendant Hurst returned an executed and notarized Voluntary Rescission Agreement dated November 14, 2014, wherein he agreed to the rescission of American General Life Insurance policy number YME1373079.

(3)    American General accepted the executed and notarized Voluntary Rescission Agreement from Defendant Hurst, and;

(4)   In exchange for the executed and notarized Voluntary Rescission Agreement, American General agrees to dismiss its lawsuit with prejudice, each

1  side to bear its own costs and fees.

2  **NOW, THEREFORE**, the above captioned action is hereby dismissed

3  with prejudice, each side to bear its own costs and fees.

4

5  Dated:  November 18, 2014

      /s/ John A. Mendez
**JOHN A. MENDEZ**
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER ON PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ITS COMPLAINT WITH PREJUDICE FILED AGAINST DEFENDANT GREGORY F. HURST
Case No.: 2:14-CV-02617-JAM-CKD

1295633v.1

2